```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

     IN RE:                                      CASE NO. 08 B 03296
        JOHNNY R RADFORD
                                                 CHAPTER 13

                                                 JUDGE: MANUEL BARBOSA

              Debtor
        SSN XXX-XX-0298


     ------------------------------------------------------------------------------
                          TRUSTEE'S FINAL REPORT AND ACCOUNT
     ------------------------------------------------------------------------------
          Glenn Stearns, Chapter 13 Standing Trustee, submits the following
     Final Report and Account of the administration of the estate pursuant to
     11 USC 1302(b)(1).

          1.  The case was filed on 02/13/08 and confirmed on 04/24/08.

          2.  The case was converted to Chapter 7 after confirmation, 01/19/2009.

          3.  The Debtor paid a total of $   8936.00 .

          4.  The Trustee made disbursements to creditors as follows:


     ------------------------------------------------------------------------------
     CREDITOR NAME             CLASS            CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                                  PAID          PAID
     ------------------------------------------------------------------------------
     NATIONAL CITY BANK        SECURED VEHIC     8900.00           402.35        2144.83
     INTERNAL REVENUE SERVICE  PRIORITY          4741.00              .00        2336.81
     MISSOURI DEPT OF REVENUE  PRIORITY          1501.54              .00         753.01
     FIA CARD SERVICES         UNSECURED        NOT FILED            .00            .00
     CONSUMER COLLECTION MGMT  UNSECURED        NOT FILED            .00            .00
     DELL FINANCIAL SERVICES   UNSECURED        NOT FILED            .00            .00
     DISCOVER BANK             UNSECURED        NOT FILED            .00            .00
     PORTFOLIO RECOVERY ASSOC  UNSECURED        NOT FILED            .00            .00
     NATIONAL CITY BANK        UNSECURED        NOT FILED            .00            .00
     PRESIDIO                  UNSECURED        NOT FILED            .00            .00
     PORTFOLIO RECOVERY ASSOC  UNSECURED        NOT FILED            .00            .00
     RESURGENT CAPITAL SERVIC  UNSECURED        NOT FILED            .00            .00
     UNITED COLLECTIONS        UNSECURED        NOT FILED            .00            .00
     WELLS FARGO FINANCIAL     UNSECURED        NOT FILED            .00            .00
     NATIONAL CITY BANK        UNSECURED        NOT FILED            .00            .00
     MISSOURI DEPT OF REVENUE  UNSECURED        NOT FILED            .00            .00
                    Summary of disbursements:
     ------------------------------------------------------------------------------
                        SECURED       PRIORITY    UNSECURED       OTHER         TOTAL

     TOTAL CLMS ALLOWED  8900.00       6242.54          .00          .00       15142.54
     PRINCIPAL PAID      2144.83       3089.82          .00          .00        5234.65
     INTEREST PAID        402.35           .00          .00          .00         402.35
     TOTAL PAID          2547.18       3089.82          .00          .00        5637.00
     The Debtor's attorney, JAMES A YOUNG & ASSOC          , was allowed $     3500.00
     and was paid $   700.00   direct and $   2800.00   through the plan.

     The Trustee received $    499.00 .

     Refunds to the Debtor totaled $        .00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/18/09                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE




                              PAGE   2
           CASE NO. 08 B 03296 JOHNNY R RADFORD